No. 1209, Misc. YOUNG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney.M. Glazer* for the United States. 

No. 1212, Misc. CRUZ *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1214, Misc. ROWLAND *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 1215, Misc. DEARHART *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1216, Misc. O'LEARY *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents. 

No. 1217, Misc. BOYLE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 1218, Misc. HUGHES, DOING BUSINESS AS HUGHES TRAILERS, *v.* L. B. SMITH, INC. C. A. 3d Cir. Certiorari denied. *William J. Ruano* for petitioner.

No. 1220, Misc. SMITH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1221, Misc. BRUNSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Benj. J. Jacobson* for respondent.